UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GIROD TITLING TRUST** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1993** |
| **PITTMAN ASSETS, LLC, ET AL.** | **SECTION: D(5)** |

### ORDER AND REASONS

Before the Court is a Motion to Consolidate and Request for a Status Conference filed by "Henry L. Klein, *pro se*."[1] The Court declines to consider this request because, while Mr. Klein previously represented Defendants in this matter, he is no longer counsel of record, nor is he a party in this matter.[2] Even if the Court were to consider the Motion, however, the Court would deny the relief sought. Mr. Klein seeks to consolidate this matter with Civil Action No. 24-2366, which is likewise before this Section of the Court, based on the merits of the cases. However, the Court previously remanded both of these matters after finding that it did not have jurisdiction over the claims at issue, and thus, the merits of the cases Mr. Klein seeks to consolidate are not before this Court. Thus, there is no basis to consolidate these cases.[3]

Accordingly,

---

[1] R. Doc. 47.
[2] In fact, Mr. Klein, who is an attorney, is currently not eligible to practice in this Court.
[3] The only remaining matter in both cases is the issue of attorney's fees. That there are pending motions for attorney's fees in both cases does not warrant consolidation, however.

**IT IS HEREBY ORDERED** that the Motion to Consolidate Cases[4] is **DENIED**.

New Orleans, Louisiana, May 22, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[4] R. Doc. 47.