UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GIROD TITLING TRUST**                                      **CIVIL ACTION**

**VERSUS**                                                               **NO. 24-1993**

**PITTMAN ASSETS, LLC, ET AL.**                     **SECTION: D(5)**

## ORDER AND REASONS

The Court, having considered Plaintiff Girod Titling Trust's Motion to Fix Attorneys' Fees,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of Defendants to timely file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Girod Titling Trust's Motion for Attorneys' Fees[4] is **GRANTED**.

---

[1] R. Doc. 36.
[2] R. Doc. 45.
[3] Objections were due March 27, 2025. R. Doc. 45 at 10. Defendants filed a Response to the Report and Recommendation, which the Court does not consider to be an objection. R. Doc. 46. The Response in no way challenges or otherwise addresses Judge North's determination as to attorney's fees. It addresses only the merits of the claims in this case, which are no longer before the Court in light of the Court's Order and Reasons remanding the case and over which the Court does not have jurisdiction. *See* R. Doc. 35. Thus, the Court considers the Report and Recommendation unopposed. Even if the Court were to construe the Response as an objection, however, the Court would have agreed with Judge North's Report and Recommendation in every respect under a *de novo* review and adopted it.
[4] R. Doc. 36.

**IT IS FURTHER ORDERED** that Defendants shall pay $33,962.70 in attorney's fees and costs to Plaintiff Girod Titling Trust.

New Orleans, Louisiana, May 22, 2025.

_Wendy B Vitter_
**WENDY B. VITTER**
**United States District Judge**